KAREN P. HEWITT
United States Attorney
MARY C. LUNDBERG
Assistant U. S. Attorney
California State Bar No. 120630
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6181

Attorneys for Plaintiff
United States of America

FILED

2007 OCT 17 PM 3: 42

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Civil No. '07 CV 2012 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| RUMEN DONCHEV, | ) | |
| Defendant. | ) | |

In accordance with the Statement and Confession of Judgment signed by the defendant and filed concurrently,

IT IS ORDERED that the plaintiff recover from the defendant the sum of $23,423.60

Judgment is to accrue interest at the current legal rate compounded annually until paid in full, pursuant to the provisions of 28 U.S.C. 1961(b).

DATED: OCT 17 2007

W. SAMUEL HAMRICK, JR.
Clerk, U. S. District Court

By_____
Deputy

ORIGINAL