FILED

07 OCT 30 PM 2:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ *LP* _____ DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil No. 07CV2012 |
| Plaintiff, | ) | |
| v. | ) | P R A E C I P E |
| RUMEN DONCHEV | ) | |
| Defendant. | ) | |

TO THE CLERK:

Please issue an Abstract of Judgment.

LAURA POTTS
Legal Assistant
Ext. 6181

Date issued:

MCL:lap:2007a63248